IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ARDELL SMITH,           No. CIV S-07-1654-GEB-CMK-P

        Plaintiff,

      vs.                           ORDER

SACRAMENTO METRO
PAROLE DIVISION, et al.,

        Defendants.

/

        Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 3). Plaintiff's complaint, and service thereof by the United States Marshal if appropriate, will be addressed separately.

        Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security therefor.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed in forma pauperis is granted.

DATED: August 24, 2007.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE